■ Melvin Kofsky, Appellant, v Williams Realty of Long Island, Inc., et al., Respondents.—Order of the Supreme Court, Nassau County, entered May 6, 1985, affirmed, with costs, for reasons stated by Justice Roberto at Special Term. Niehoff, J. P., Lawrence, Kunzeman and Kooper, JJ., concur.